```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 09717
   STEVE MATTHEW CHEREP
   SHANNON ELIZABETH CHEREP                  CHAPTER 13

                                             JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-2136    SSN XXX-XX-9889


---------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/10/06 and confirmed on 10/11/06.

   2.  The case was converted to Chapter 7 after confirmation, 11/28/2007.

   3.  The Debtor paid a total of $  33800.00 .

   4.  The Trustee made disbursements to creditors as follows:


---------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
---------------------------------------------------------------------------
CITIMORTGAGE INC           CURRENT MORTG    20944.71             .00       20944.71
CARMAX AUTO FINANCE        SECURED           5150.00          429.60        1784.88
FORD MOTOR CREDIT CO       SECURED          20389.43         1700.85        7065.86
RESURGENT CAPITAL SERVIC   UNSECURED        14742.89             .00             .00
ROUNDUP FUNDING LLC        UNSECURED         2305.00             .00             .00
CHILDRENS PLACE            UNSECURED        NOT FILED            .00             .00
RESURGENT CAPITAL SERVIC   UNSECURED         9495.54             .00             .00
ECAST SETTLEMENT CORP      UNSECURED         1908.09             .00             .00
DON C KALANT SR            UNSECURED        NOT FILED            .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED        11524.85             .00             .00
WORLD FINANCIAL NETWORK    UNSECURED          109.49             .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED         5570.63             .00             .00
ECAST SETTLEMENT CORP      UNSECURED          624.99             .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED          499.14             .00             .00
SPRINT NEXTEL              UNSECURED          285.31             .00             .00
CARMAX AUTO FINANCE        UNSECURED         1000.95             .00             .00
           Summary of disbursements:
---------------------------------------------------------------------------
                    SECURED       PRIORITY     UNSECURED       OTHER          TOTAL

TOTAL CLMS ALLOWED  46484.14           .00      48066.88         .00        94551.02
PRINCIPAL PAID      29795.45           .00           .00         .00        29795.45
INTEREST PAID        2130.45           .00           .00         .00         2130.45
TOTAL PAID          31925.90           .00           .00         .00        31925.90
The Debtor's attorney, PETER FRANCIS GERACI            , was allowed $   3000.00
and was paid $    450.00  direct and $    547.22  through the plan.

The Trustee received $   1326.88 .

Refunds to the Debtor totaled $         .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/12/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE